# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY VETERE and PAMELA VETERE** | : |
| Plaintiffs | : CIVIL ACTION NO. 3:12-1824 |
| v | : |
| **KUNI M. HOLBERT** | : (JUDGE MANNION) |
| Defendant | : |

## ORDER

For the reasons stated in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion for an preliminary injunction, (Doc. No. 33), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 31, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1824-02-ORDER.wpd